# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br><br>           Plaintiff,<br><br>     v.<br><br>MONEX DEPOSIT COMPANY, MONEX CREDIT COMPANY, NEWPORT SERVICE CORPORATION, LOUIS CARABINI, and MICHAEL CARABINI,<br><br>           Defendants. | Case No. 17-cv-06416<br><br>Hon. Sharon Johnson Coleman |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendants Monex Deposit Company ("MDC"), Monex Credit Company ("MCC"), Newport Service Corporation ("Newport"), Louis Carabini and Michael Carabini[1], pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully move this Court to enter an order dismissing the Complaint filed in the above-captioned lawsuit for failure to state a claim (the "Motion"). Contemporaneous with this Motion, Defendants have sought leave to file their Memorandum of Law in Support of Motion to Dismiss for Failure to State a Claim in excess of the 15-page limit for such briefs stated in Local Rule 7.1. In support of this Motion, Defendants state the following:

     1.    On September 6, 2017, Plaintiff Commodity Futures Trading Commission ("CFTC") filed a four-Count Complaint for Injunctive and Other Equitable Relief and Penalties under the Commodity Exchange Act ("CEA") ("Complaint") against Defendants.

---

[1] MDC, MCC and Newport are referred to collectively as "Monex"; Louis Carabini and Michael Carabini are referred to as the "Individual Defendants"; Monex and the Individual Defendants are referred to as "Defendants."

2. Counts 2 and 3 of the Complaint should be dismissed as to all Defendants because the Complaint does not allege sufficient facts to sustain the CFTC's fraud claims. These claims are premised on statements allegedly made by or on behalf of Defendants that are factually true and/or are, at most, garden-variety puffery. As such, these statements are not actionable as a matter of law.

3. All Counts of the Complaint should be dismissed as to all Defendants because the CFTC does not have jurisdiction to pursue this action. The Complaint affirmatively alleges that Monex transfers physical possession of leveraged precious metals to a depository and passes title to its customers. As such, Monex is beyond the CFTC's reach according to the CFTC's statutory mandate, its own industry guidance, and its own prior litigation statements. Should the CFTC seek to depart from its own prior guidance and statements, the Complaint should be dismissed for failure to provide Monex with fair warning in violation of the Defendants' right to due process.

4. All Counts should also be dismissed as to the Individual Defendants because the Complaint does not allege sufficient facts to sustain a claim for "controlling person" liability. The Complaint barely even mentions the Individual Defendants, much less makes a showing that they acted in bad faith or knowingly induced any violation of law, an essential element of the CFTC's claim.

5. Accordingly, for the reasons stated herein and more fully presented in Defendants' Memorandum of Law in Support of Motion to Dismiss for Failure to State a Claim, this Court should dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

**WHEREFORE**, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Monex Deposit Company, Monex Credit Company, Newport Service Corporation, Louis Carabini and Michael Carabini request that this Court enter an order dismissing the Complaint with prejudice for failure to state claim, and for all other relief that is just, equitable and proper.

Dated: October 3, 2017

Respectfully submitted,
MONEX DEPOSIT COMPANY, MONEX CREDIT COMPANY, NEWPORT SERVICE CORPORATION, LOUIS CARABINI, AND MICHAEL CARABINI

By:   */s/ Steven L. Merouse*
         One of their Attorneys

Stephen J. Senderowitz
Steven L. Merouse
Jacqueline A. Giannini
Marilyn B. Rosen
Geoffrey M. Miller
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606
Tel: +1 312 876 8000
stephen.senderowitz@dentons.com
steven.merouse@dentons.com
jacqui.giannini@dentons.com
marilyn.rosen@dentons.com
geoffrey.miller@dentons.com

Michael S. Kim
Andrew C. Lourie
Matthew I. Menchel (*pro hac vice*)
Benjamin J.A. Sauter (*pro hac vice*)
KOBRE & KIM LLP
111 W. Jackson Blvd., 17th Floor
Chicago, Illinois 60604
Tel: +1 312 429 5100
Michael.Kim@kobrekim.com
Andrew.Lourie@kobrekim.com
Matthew.Menchel@kobrekim.com
Benjamin.Sauter@kobrekim.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, I electronically filed ***Defendants' Motion to Dismiss for Failure to State a Claim*** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel who have appeared in this matter.

By: */s/ Steven L. Merouse*
One of the Attorneys for Defendants