UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br><br>            Plaintiff,<br><br>      v.<br><br>MONEX DEPOSIT COMPANY, MONEX CREDIT COMPANY, NEWPORT SERVICE CORPORATION, LOUIS CARABINI, and MICHAEL CARABINI,<br><br>            Defendants. | Case No. 17-cv-06416<br><br>Hon. Sharon Johnson Coleman |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
BRIEF IN EXCESS OF PAGE LIMIT**

Defendants Monex Deposit Company, Monex Credit Company, Newport Services Corporation, Louis Carabini and Michael Carabini (collectively, "Defendants"), pursuant to Local Rule 7.1, request that this Court grant it leave to file Defendants' Memorandum of Law in Support of Motion to Dismiss Complaint for Failure to State a Claim (the "Motion to Dismiss") in excess of the 15-page limit.  In support of this motion, Monex states as follows:

1. On September 6, 2017, Plaintiff Commodity Futures Trading Commission ("CFTC") filed a 32-page, four-Count Complaint for Injunctive and Other Equitable Relief and Penalties under the Commodity Exchange Act ("CEA") ("Complaint") against Defendants.

2. The CFTC also filed a Motion for a Preliminary Injunction (the "PI Motion"), which seeks preliminary injunctive relief against Defendants to prohibit them from continuing to operate its Atlas trading platform.

3. On October 3, 2017, Defendants filed a Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss") (Dkt. No. 40).

4. The Motion to Dismiss is accompanied by a Memorandum of Law in Support of

Motion to Dismiss for Failure to State a Claim (Exhibit 1 hereto). Because the Complaint (a) is premised on a novel theory of CFTC jurisdiction, (b) wrongly alleges that Monex engaged in fraudulent sales practices, (c) wrongly alleges that Monex failed to comply with certain CEA registration requirements (notwithstanding the CFTC's own longstanding guidance and prior positions regarding the "actual delivery" exception to those registration requirements), and (d) fails to sufficiently allege a claim for individual "controlling person" liability, Monex was not able to adequately address both the insufficiency of the CFTC's fraud allegations and address the failures in the CFTC's registration claims within Local Rule 7.1's 15-page limit, despite diligent efforts to do so. Accordingly, Monex respectfully requests that this Court grant it leave to file a 36-page Memorandum of Law in Support of Motion to Dismiss Complaint for Failure to State a Claim.

WHEREFORE, for the reasons set forth above, Monex respectfully requests that this Court grant it leave to file the attached 36-page Memorandum of Law in Support of Motion to Dismiss Complaint for Failure to State a Claim.

Dated: October 3, 2017

Respectfully submitted,
MONEX DEPOSIT COMPANY, MONEX CREDIT COMPANY, NEWPORT SERVICES CORPORATION, LOUIS CARABINI, AND MICHAEL CARABINI

By:   */s/ Steven L. Merouse*
          One of their Attorneys

Stephen J. Senderowitz
Steven L. Merouse
Jacqueline A. Giannini
Marilyn B. Rosen
Geoffrey M. Miller
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606
Tel: +1 312 876 8000
stephen.senderowitz@dentons.com
steven.merouse@dentons.com
jacqui.giannini@dentons.com
marilyn.rosen@dentons.com
geoffrey.miller@dentons.com

Michael S. Kim
Andrew C. Lourie
Matthew I. Menchel (*pro hac vice*)
Benjamin J.A. Sauter (*pro hac vice*)
KOBRE & KIM LLP
111 W. Jackson Blvd. — 17th Floor
Chicago, Illinois 60604
Tel: +1 312 429 5100
Michael.Kim@kobrekim.com
Andrew.Lourie@kobrekim.com
Matthew.Menchel@kobrekim.com
Benjamin.Sauter@kobrekim.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, I electronically filed ***Defendants' Motion for Leave to File Brief in Excess of Page Limit*** and related attachments with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel who have appeared in this matter.

By: */s/ Steven L. Merouse*
     One of the Attorneys for Defendants