1  STEPHEN J. SENDEROWITZ (*Pro hac vice pending*)
   stephen.senderowitz@dentons.com
2  STEVEN L. MEROUSE (*Pro hac vice pending*)
   steven.merouse@dentons.com
3  DENTONS US LLP
   233 S. Wacker Drive, Suite 5900
4  Chicago, Illinois  60606
   Telephone:  (312) 876-8000
5
   JOEL D. SIEGEL (Bar No. 155581)
6  joel.siegel@dentons.com
   PAUL M. KAKUSKE (Bar No. 190911)
7  paul.kakuske@dentons.com
   DENTONS US LLP
8  601 South Figueroa Street, Suite 2500
   Los Angeles, California  90017-5704
9  Telephone:  (213) 623-9300

10 ANDREW C. LOURIE (*Pro hac vice pending*)
   andrew.lourie@kobrekim.com
11 BENJAMIN J. A. SAUTER (*Pro hac vice pending*)
   benjamin.sauter@kobrekim.com
12 KOBRE & KIM LLP
   111 W. Jackson Blvd., 17th Floor
13 Chicago, Illinois  60604
   Telephone: (312) 429-5100
14
   Attorneys for Defendants
15
                    UNITED STATES DISTRICT COURT
16                  CENTRAL DISTRICT OF CALIFORNIA
17                       (SOUTHERN DIVISION)

18 COMMODITY FUTURES TRADING         Case No. 8:17-cv-01868-JVS-DFM
   COMMISSION,
19                                   Hon. James V. Selna
                 Plaintiff,          Dept. 10C
20
          v.                         **STIPULATED REQUEST FOR
21                                   STATUS CONFERENCE**
   MONEX DEPOSIT COMPANY,
22 MONEX CREDIT COMPANY,
   NEWPORT SERVICES
23 CORPORATION, MICHAEL
   CARABINI and LOUIS CARABINI,
24
                 Defendants.
25

26     This case was filed by the U.S. Commodity Futures Trading Commission

27 ("CFTC") against the Defendants on September 6, 2017.  On October 23, 2017, the

28 case was transferred to this District.  On October 25, 2017, the case was assigned to

this Court. At the time of transfer, there were four motions outstanding: (1) the CFTC's Motion for Preliminary Injunction (Docket Entry #6); (2) the CFTC's Motion for Leave to File a Brief in Excess of the Page Limit (Docket Entry #7); (3) Defendants' Motion to Dismiss (Docket Entry # 40); and (4) Defendants Motion for Leave to File Brief in Excess of Page Limit (Docket Entry 41). No briefing schedule had been set for the CFTC's Motion for a Preliminary Injunction or Defendants' Motion to Dismiss. The parties jointly request that the Court set a status conference so that the parties may appear before the Court to address the outstanding motions and to address other related matters. With the Court's permission, the parties have agreed to each file a separate Status Report (one on behalf of Plaintiff and one on behalf of all Defendants) at least five business days prior to the status hearing date set by the Court, each respective Status Report not to exceed five pages.

Dated: November 1, 2017          DENTONS US LLP

                                 By: /s/ Joel D. Siegel
                                     Joel D. Siegel
                                 Attorneys for Defendants

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 1, 2017          U.S. COMMODITY FUTURES
                                 TRADING COMMISSION

                                 By: /s/ Carlin Metzger
                                     Carlin Metzger
                                 One of its attorneys