NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen J. Senderowitz (pro hac vice pending)
stephen.senderowitz@dentons.com
Steven L. Merouse (pro hac vice pending)
steven.merouse@dentons.com
Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Andrew C. Lourie (pro hac vice pending)
andrew.lourie@kobrekim.com
Benjamin J. A. Sauter (pro hac vice pending)
benjamin.sauter@kobrekim.com
Kobre & Kim LLP
111 W. Jackson Blvd., 17th Floor
Chicago, Illinios 60604
Telphone: (312) 429-5100

Joel D. Siegal (Bar No. 155581)
joel.siegel@dentons.com
Paul M. Kakuske (Bar No. 190911)
paul.kakuske@dentons.com
Dentons US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924

ATTORNEY(S) FOR: Monex Credit Company, Monex Deposit Company, Newport Service Corporation, Louis Carabini and Michael Carabini

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Commodity Futures Trading Commission

Plaintiff(s),

v.

Monex Credit Company, Monex Deposit Company, Newport Service Corporation, Louis Carabini and Michael Carabini

Defendant(s)

CASE NUMBER:
8:17-cv-01868-JVS-DFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Monex Credit Company, Monex Deposit Company, Newport Service Corporation, Louis Carabini and Michael Carabini or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Commodity Futures Trading Commission | Plaintiff |
| Monex Credit Company, a California limited partnership | Defendant |

CV-30 (05/13)            **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| Monex Deposit Company, a California limited partnership | Defendant |
| Newport Service Corporation, a California Sub-S corporation | Defendant |
| Louis Carabini | Defendant |
| Michael Carabini | Defendant and holder of pecuniary interest in Monex Credit Company, Monex Deposit Company and Newport Service Corporation |
| Madison Investments | Holder of pecuniary interst in Monex Credit Company, Monex Deposit Company and Newport Service Corporation |
| Metco Management Corporation | Holder of pecuniary interest in Monex Credit Company |
| Comco Management Corporation | Holder of pecuniary interest in Monex Deposit Company |
| Montgomery Trust | Holder of pecuniary interest in Monex Deposit Company |
| Lemonwood Investments | Holder of pecuniary interest in Monex Credit Company |
| Amberwood Investments | Holder of pecuniary interest in Monex Credit Company |
| Ronald Smoler | Holder of pecuniary in interest in Monex Deposit Company and Monex Credit Company |
| Brian D. Jenkins | Holder of pecuniary interest in Monex Deposit Company and Monex Credit Company |
| Emerson Trust | Holder of pecuniary interest in Monex Deposit Company |

| | |
|---|---|
| November 10, 2017 | /s/ Paul M. Kakuske |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per): Defendants Monex Credit Company, Monex Deposit Company, Newport Service Corporation, Louis Carabini and Michael Carabini


American LegalNet, Inc.
www.FormsWorkFlow.com