STEPHEN J. SENDEROWITZ *(pro hac vice* pending*)*
stephen.senderowitz@dentons.com
STEVEN L. MEROUSE *(pro hac vice* pending*)*
steven.merouse@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone:  (312) 876-8000
Facsimile:   (312) 876-7934

ANDREW C. LOURIE *(pro hac vice* pending*)*
andrew.lourie@kobrekim.com
BENJAMIN J. A. SAUTER *(pro hac vice* pending*)*
benjamin.sauter@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Telephone:  (212) 488-1200

JOEL D. SIEGEL (Bar No. 155581)
joel.siegel@dentons.com
PAUL M. KAKUSKE (Bar No. 190911)
paul.kakuske@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone:  (213) 623-9300
Facsimile:   (213) 623-9924

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MONEX CREDIT COMPANY, MONEX DEPOSIT COMPANY, NEWPORT SERVICE CORPORATION, LOUIS CARABINI AND MICHAEL CARABINI<br><br>Defendants. | Case No.: 8:17-CV-01868-JVS-DFM<br><br>Hon. James V. Selna<br><br>**DEFENDANTS MONEX CREDIT COMPANY, MONEX DEPOSIT COMPANY AND NEWPORT SERVICE CORPORATION'S DISCLOSURE STATEMENTS PURSUANT TO FED. R. CIV. PROC. 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Monex Credit Company and Monex Deposit Company are both California limited partnerships. Defendant Newport Service Corporation is a California Sub-S corporation, has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: November 10, 2017

DENTONS US LLP

By: /s/ Paul Kakuske
Paul M. Kakuske

Attorneys for Defendants
Monex Credit Company, Monex Deposit Company, Newport Service Corporation, Louis Carabini and Michael Carabini

105589363