Carlin Metzger (*Pro hac vice*)
cmetzger@cftc.gov
Michael Frisch (*Pro hac vice*)
rhowell@cftc.gov
Eric Schleef (*Pro hac vice*)
eschleef@cftc.gov
Joseph Konizeski (*Pro hac vice*)
jkonizeski@cftc.gov
Attorneys for Plaintiff
Commodity Futures Trading Commission
525 W. Monroe, Suite 1100
Chicago, Illinois 60661
Tel. 312-596-0700; Fax 312-596-0714

Kent Kawakami, California Bar #149803
Assistant United States Attorney
United States Attorney's Office, Civil Division
Central District of California
kent.kawakami@usdoj.gov
300 North Los Angeles St., Room 7516
Los Angeles, California 90012
Tel.: 213-894-4858; Fax: 231-894-2380
Local Counsel

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
(SOUTHERN DIVISION)

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | Case No: 8:17-cv-01868-JVS-DFM |
| Plaintiff, | Hon. James V. Selna |
| vs. | **APPENDIX OF EXHIBITS TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (VOLUME III)** |
| MONEX DEPOSIT COMPANY, et al. | |
| Defendants. | |

1

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| **Monex Customer Declarations (Cont.)** | |
| 25 | DECLARATION OF MONEX CUSTOMER BRIAN CAULFIELD |
| A | Monex Customer Statements |
| 26 | DECLARATION OF MONEX CUSTOMER JONATHAN STAUB |
| **Monex Former Employee Declarations** | |
| 27 | DECLARATION OF FORMER MONEX EMPLOYEE GINGER McNAMEE |
| 28 | DECLARATION OF FORMER MONEX EMPLOYEE MARC ALAN ROSENBAUM |

# **CERTIFICATE OF SERVICE**

I, Carlin Metzger, an attorney with the U.S. Commodity Futures Trading Commission, certify that I filed Plaintiff's **APPENDIX OF EXHIBITS TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (VOLUME III)** electronically, on November 17, 2017, and served the document by operation of the Court's electronic filing system (ECF) on all counsel of record for the parties.

Date: November 17, 2017                 Commodity Futures Trading
                                                              Commission

                                                     By: **/s/ Carlin Metzger**


                                                     Carlin Metzger (*Pro hac vice*)
                                                     cmetzger@cftc.gov
                                                     525 W. Monroe, Suite 1100
                                                     Chicago, Illinois 60661
                                                     Tel. 312-596-0536
                                                     Fax 312-596-0714