# EXHIBIT 27

# DECLARATION OF

# FORMER MONEX EMPLOYEE

# GINGER McNAMEE

## DECLARATION OF GINGER MCNAMEE
## PURSUANT TO 28 U.S.C. § 1746

I, Ginger McNamee, do hereby declare as follows:

1. This statement is being made voluntarily and I authorize its use by the Commodity Futures Trading Commission or its representatives in any adjudicatory proceeding pertaining to the matters described herein.

2. The information contained in this declaration is based on my personal knowledge and experience.

3. I am a former Monex customer and a former Monex employee. As a customer, I was lured into risky commodity trading and suffered significant losses. As a Monex employee, I learned first-hand how Monex trains its account representatives to lure customers into leveraged Atlas account trading.

4. I first became a Monex customer in approximately 2008 in the wake of the financial crisis. At the time I had recently gone through a divorce and was looking for a safe investment. I had some investments in stocks and bonds, and the value of these investments had dropped dramatically during the crisis. I was concerned about further drops in the stock market, so I looked for an alternative.

5. When I was a child, my father had given me a small silver bar that I kept in a treasure chest. He had purchased the bar from Monex. I thought that gold would be a safe investment, so I called Monex.

6. Initially, I purchased some gold and had it delivered to me. My account representative pitched me on purchasing silver as well, so I did. He also convinced me to store the silver I was purchasing at Monex using the Atlas account instead of storing them at my bank. He told me that storing the metals with Monex in an Atlas account was easier, and would allow me to sell it and make a profit.

7. The value of silver went up after my initial purchases. I was able to sell some silver for a profit. At that point, my account representative pitched me on the benefits of investing with leverage through Monex's Atlas account. He convinced me that it was a good idea to trade with leverage. I told him I would go "all in." I told him about my financial situation at the time, even telling him that I planned to liquidate bonds to invest more in my Atlas account.

8. I placed a leveraged trade for 11,000 ounces of silver in April of 2011, and another 1,000 ounces of silver in September 2011. These trades soon turned catastrophically bad as the price of silver dropped. My account was subject to margin calls during the fall of 2011 and I had to pay additional money to Monex to keep Monex from liquidating these trading positions at a huge loss. This caused me and my family an immense amount of stress.

9. Because I live close to the Monex office in Orange County, I decided the best way to recover my losses was to join Monex in order to meet and identify the best Monex account representatives to help guide me.

10. I spoke with my Monex account representative at the time as well as another and friend who worked at Monex. They put me in touch with Monex's hiring manager Sean Brazney. I reached out to Sean and applied for a job with Monex in early 2012.

11. Monex offered me a job as an account representative and put me in their February 2012 training class. During my training with Monex, I heard directly from Monex executive David Gala that there are two types of Monex customers: gamblers, and those you'll turn into gamblers. I also heard directly from Monex executive Harvey Kochen who told me and my training class that we should never invest with the Atlas account ourselves, and that we shouldn't open accounts for our family, friends or even anyone in Orange County because the only Atlas accounts that don't lose money are held by dead people with frozen accounts. Sitting in the training class with existing trades and an open account, I was completely shocked when I heard this.

12. During the training class we heard from experienced Monex executives and account representatives about how to lure prospects into investing in precious metals with Monex. One theme we frequently heard is that fear and greed motivate people to invest. Monex gave the training class the book "Aftershock: Protect Yourself and Profit in the Next Global Financial Meltdown," a book that Monex also sends to its customers. This book describes an impending financial catastrophe and recommends buying gold as protection. One of the co-authors of the book even spoke to my training class and emphasized that when people are afraid they buy gold.

13. After a few weeks of sales training, I was put on the Monex "trading floor" along with the others in my class as a Monex broker. Monex uses a predictive dialing system that repeatedly calls people in its database that have purchased from Monex in the past. My job as an account representative was basically to take these calls and pitch anyone that the system could get on the phone to invest in precious metals with Monex.

14. New broker training only lasted a few weeks, and I felt completely unprepared to advise customers about trading precious metals. I expressed my concerns to others in the training group and they shared my anxiety. We did not have to pass any tests or obtain any licenses. Our training was mostly about sales, yet Monex expected us to explain complicated trading to customers.

15. When I started working at Monex the metals market was not performing well, and because good leads went to established brokers, new brokers like me had to come in early, stay late and work weekends to earn any money. It was a boiler room-type of environment, and only one or two people from each training group would last longer than a few months. I witnessed brokers bully customers into investing. I witnessed one broker who would go completely berserk when his customers tried to back out of a trade. This type of behavior was encouraged.

16. Monex instructed its brokers to always promote the Atlas program even if the customer was only interested in purchasing a coin for delivery. We were told that the only way to make money at Monex was by signing customers up for Monex's Atlas program. We received financial incentives for every person we signed up.

17. We were told that the goal was to convert customers from purchases for delivery to Atlas trading accounts. David Gala told us that to gain a customer's trust, start by selling metals for delivery. Once we had earned the customer's trust, he told us to convince customers to store their metals with Monex by telling them it was safer and cheaper than storing their metal in a safety deposit box at their bank. Then, after the customer makes a profit on their stored metals, we were told to generate excitement and convince customers to open leveraged Atlas accounts. I learned first-hand how I was lured into risky, leveraged Atlas trading. I overheard other brokers promising "easy money" and that the customer would "make a killing" when enticing customers to invest using leverage. This is exactly the sequence of events that led me to engage in leveraged trading with Monex.

18. I learned from Monex that signing people up for the Atlas account and convincing them to place leveraged trades was the only way for a Monex broker to make money and get better sales leads. We were told that you won't make money selling metals for delivery; you get paid for opening Atlas accounts. Monex tracked all the brokers' productivity, and updated sales "leader" boards on a daily basis.

19. I do not recall any rules about customer suitability. There was definitely not an upper limit on age, and many of the customers I spoke with struck me as naive and unsophisticated investors.

20. I generally told customers not to trade with leverage and only to purchase for delivery. The leads that came to me significantly dwindled, and I was making very little money as a Monex broker.

21. I talked with as many experienced brokers as I could during my tenure with Monex to help guide my own Monex account back to profitability. I spoke with Michael Maroney who attempted to provide advice. I spoke with several other very experienced Monex brokers. But in the end, I learned that nobody at Monex really knew anything about trading, and that Atlas trading was just a scam.

22. I lasted for about six months as a broker for Monex.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2017

*Ginger McNamee*

Ginger McNamee

4