# EXHIBIT 28

# DECLARATION OF

# FORMER MONEX EMPLOYEE

# MARC ALAN ROSENBAUM

# DECLARATION OF MARC ALAN ROSENBAUM
# PURSUANT TO 28 U.S.C. § 1746

I, Marc Alan Rosenbaum, do hereby declare as follows:

1. This statement is being made voluntarily and I authorize its use by the Commodity Futures Trading Commission or its representatives in any judicatory proceeding pertaining to the matters described herein.

2. The information contained in this declaration is based on my personal knowledge and experience.

3. I am 66 years-old and live in Palm Desert, California. I worked at Monex as an account representative for about five months – from approximately March to July of 2012.

4. I am semi-retired now. For most of my career, I worked as a financial investment advisor and stockbroker, but I have also worked as a real estate investor and broker.

5. Previously in my career, I held a Series 7 and Series 63 license, and a mortgage loan officer (MLO) license, all of which are now expired. I currently hold a California real estate license and a license to sell life and health insurance.

6. In 2012, I was working for myself in the real estate industry and was interested in finding a more stable and professional job in sales.

7. I heard about Monex from my nephew, who had been working there as an account representative, and told me to come over. My nephew had made over $200,000 in commissions at Monex, and told me it was a place where someone with strong sales skills could make good money. Because selling precious metals at first sounded similar to selling securities and other financial products (my former line of work) I thought that Monex might be a good fit for me.

8. I applied for a job as a Monex account representative, and after a short interview with Sean Brazney, I was hired. The first few weeks of training consisted of days-long training

sessions with the other 11 people that made up my training class.  The training sessions were led by Sean Brazney, with occasional appearances by Michael Maroney and Monex's lawyer Harvey Kochen.

9. Most of the initial training sessions covered how to persuade customers to buy metals, how to overcome their objections and hesitancy in buying, and the technical details of how to call in a trade.  In the training class, I was specifically told to push the leveraged Atlas Account.  It was obvious from the commission structure that the only way for brokers to make money was from the higher commissions and sales volumes that would be possible in the Atlas account.  I remember being taught: "If you don't sell the Atlas Account, you aren't going to make any money."

10. I recall Brazney and perhaps others recommending to get a customer "in the door" at Monex through a physical purchase, and then later try to sell them on the Atlas account.

11. In selling the Atlas Account, I and others in my class were trained to emphasize how much money a customer could make, and emphasize the fact that a customer's gains could be multiplied several times if they employed leverage.  I was taught to emphasize the profit potential of the Atlas program, and instructed to try to get customers investing on leverage by emphasizing how much more in returns they could make if they employed it.

12. In my prior career as a stockbroker, I was very familiar with "know-your-customer rules."  Before selling securities or other regulated products, I was required to get into what the background of the client was, their assets, risk tolerance, and so forth.  There was none of that at Monex – the only discussion of risk was in a long, drawn-out standard risk disclosure in dense legalese that we had to read over the phone.  Monex presented the risk disclosure to the

training class as a "formality" that we had to read in order to place an Atlas order for the first time for a customer.

13. Beyond reading the disclosure over the phone, I was never trained to discuss the risks of investing on leverage in the Atlas account, and I never discussed those with customers or heard others discussing them. There was no discussion of the possibility of margin calls, forced liquidation, or even what would happen if the market fell significantly.

14. I recall that Brazney or perhaps Kochen told us at one training session that we shouldn't sell the Atlas account to friends, family, or others that we know.

15. This training session ran for a few weeks. After the initial training period ended, my training class moved to a "trading floor," where we made calls to prospective and existing customers to try to sell them metals. The floor I was on was for the new account representatives. The account representatives who had been with Monex for long periods of time were all upstairs on the "fourth floor." I came to learn that those were the representatives who got assigned all of the best sales leads and who made the most money.

16. Every morning, our days began with a "pump-up" "rah-rah" sales meeting led by Brazney. Once a week, Maroney would lead a similar sales meeting. According to our sales meetings, no matter what was happening in the world, "*now*" was always the best time to buy metal. The trainers would show a chart or pick an article out of the back of the business section of the newspaper, and discuss how we could use it to convince people that because of that day's event, gold, silver, or some other metal was sure to rise in value that day. There was *never* a day where Maroney or Brazney recommended that today was a good time to sell out of the market or any predictions that the price of metal would fall. The sessions always involved a lot of yelling and hype – it was a real "boiler room" environment.

17. After these morning meetings, our instructions were to call prospective and existing customers and try to convince them to buy or trade metals based on the news stories and trading strategies that we discussed at the daily sales meeting.

18. Shortly after I started, I knew that I was not going to stay at Monex long. I figured out quickly that with the high cost of the Atlas program, including its storage fees, interest, and large spread charges, it would be extremely difficult for a customer to make any money unless the market moved dramatically and the customer was able to predict the market and time the trading perfectly.

19. Also, I knew from speaking with customers that most of the people calling in to Monex looking to buy gold wanted financial safety and stability. Based on my training as an investment/financial advisor, I didn't think getting them into a large loan and in a risky leveraged trading position made sense for investors like that. For that reason, I actually never sold anyone an Atlas account, and instead only closed physical purchases of metals.

20. Based on how I was trained and what I observed while working at Monex, I feel that Monex trained the account representatives to mislead customers about the safety, security, and potential profitability of Atlas transactions. Monex oversold the profit potential of buying precious metals, and painted too optimistic a view – every day at Monex was the "perfect time" to "buy, buy, buy." I think customers were left in the dark about the risks and dangers of trading in the Atlas program, and about what could happen if prices fell.

21. In addition, Monex never told us how much Atlas customers made or lost off of the trading strategies that we were told to recommend. That information was never disclosed to the customers.

22. I was never trained to discuss the impact of the fees and spread with the customers. Again, this is not something we were trained to do and I never heard anyone doing it. Having worked as a securities broker, I knew that customers could accomplish the same trades as those offered in the Atlas program at a much lower cost, and with fewer risks, with a regulated, exchange-traded fund (ETF). This is part of the reason why I felt it was unethical to sell the Atlas program.

23. While working on the trading floor, I remember hearing other sales representatives tell customers things like: "I know how to trade these markets, and I can definitely make you money on this," and things to that effect. I knew these and similar statements I overheard weren't true.

24. In addition, I and the other sales representatives were trained to present ourselves and Monex as "experts" in the precious metals markets. But none of the account representatives that I met had the education, training, experience, or licensing to conduct real technical trading analysis or employ sophisticated trading strategies. Rather, they were just salesmen, with limited knowledge of the market, instructed to sell products.

25. Because I didn't sell the Atlas program, and because I found that Monex's lead allocation system was distributing leads unfairly to a selected few brokers, I decided to leave about five months after joining.

1. Looking back, there were other aspects of working at Monex that seem suspicious to me. Monex worked hard to present an aura of respectability that was in many ways a sham. For example, when Monex consummated a trade, the sales representative had to tell the customer that he or she was transferring them to a "trading desk," and Monex presented the image of a busy trading floor. But there was no "trading floor" – only a receptionist sitting at a desk speaking like she was working on a trading floor when she was only typing the order into the computer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2017

_____
Marc Rosenbaum