# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-01868 JVS (DFMx) | Date | November 20, 2017 |
| Title | Commodity Futures Trading Commission v. Monex Credit Company, et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlin Metzger | Stephen Senderowitz |
| Michael Frisch | Andrew Lourie |
| | George Newhouse, Jr. |

**Proceedings:**   Status Conference

    Cause called and counsel make their appearances.   The Court and counsel confer.
    The Court sets a hearing on the Plaintiff's Motion for Preliminary Injunction (Docket No. 6) and Defendants' Motion to Dismiss (Docket No. 40) for Monday, January 22, 2018 at 3:00 p.m.   Opposition papers, of no more than 30 pages, shall be filed by December 22, 2017 and Replies, of no more than 20 pages, shall be filed by January 10, 2018.

    The Court also sets the Rule 26(f) Scheduling Conference for the same date and time.

| | : | 20 |
|---|---|---|
| Initials of Preparer | kjt | |