UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:17–cv–01868–JVS–DFM | Date | December 5, 2017 |
| Title | COMMODITY FUTURES TRADING COMMISSION V. MONEX CREDIT COMPANY ET AL | | |

Present: The Honorable  James V. Selna , U. S. District Judge

 Karla Tunis 
Deputy Clerk

 Sharon Seffens 
Court Reporter/Recorder

Attorney(s) Present for Plaintiff(s):
Carlin Metzger

Attorney(s) Present for Defendant(s):
Neil Goteiner
George Newhouse, Jr.

**Proceedings:     Status Conference**

        Cause called and counsel make their appearances. The Court and counsel confer regarding discovery issues.

 :55 

Initials of Preparer:  kt