NEIL A. GOTEINER (State Bar No. 083524)
ngoteiner@fbm.com
C. BRANDON WISOFF (State Bar No. 121930)
bwisoff@fbm.com
JESSICA NALL (State Bar No. 215149)
jnall@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

ANDREW C. LOURIE (*pro hac vice*)
Andrew.Lourie@kobrekim.com
KOBRE & KIM LLP
1919 M Street NW, Suite 410
Washington, D.C., 20036
Telephone: (202) 664-1900
Facsimile: (202) 664-1920

BENJAMIN J.A. SAUTER (*pro hac vice*)
Benjamin.Sauter@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York, 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No. 8:17-cv-01868-JVS-DFM |
| Plaintiff, | Hon. James V. Selna<br>Dept. 10C |
| v. | |
| MONEX CREDIT COMPANY, MONEX DEPOSIT COMPANY, NEWPORT SERVICES CORPORATION, MICHAEL CARABINI, AND LOUIS CARABINI | DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF DEFENDANTS' MEMORANDUM IN CONNECTION WITH TELEPHONIC STATUS CONFERENCE SET FOR JANUARY 3, 2018 AT 9:00 AM. |
| Defendants. | |

I, Neil A. Goteiner, declare as follows:

1. I am an attorney duly admitted to practice before this Court and the courts of New York. I am an attorney with Farella Braun + Martel LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendants' Memorandum in Connection With Telephonic Status Conference Set For January 3, 2018 at 9:00AM.

2. A true and correct copy of relevant excerpts of the transcript of the December 28, 2017 30(b)(6) deposition of Jeff Gomberg is attached hereto as Exhibit A.

3. A true and correct copy of Defendants' December 29, 2017 meet and confer email to CFTC's counsel is attached hereto as Exhibit B. The CFTC's counsel never directly responded to this email or the issues raised in this email, except that the parties did agree jointly ask this Court for discovery hearing regarding the parties' dispute.

4. A true and correct copy of the December 26, 2017 email string between counsel for the Parties regarding disputes as to Mr. Gomberg's then upcoming December 28, 2017 deposition is attached hereto as Exhibit C.

5. On January 1, I emailed CFTC counsel a draft of Defendants' Memorandum in support of Defendants' requested relief regarding the continuation of the Gomberg deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of January, 2018, at San Francisco, California.

/s/ Neil A. Goteiner
Neil A. Goteiner

30203\6384726.2