1  Neil A. Goteiner (State Bar No. 083524)
   ngoteiner@fbm.com
2  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
3  Jessica Nall (State Bar No. 215149)
   jnall@fbm.com
4  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEX CREDIT COMPANY, MONEX DEPOSIT COMPANY, NEWPORT SERVICES CORPORATION, MICHAEL CARABINI, AND LOUIS CARABINI,<br><br>Defendant. | Case No. 8:17-cv-01868-JVS-DFM<br><br>**NOTICE OF APPEARANCE OF ELIZABETH A. DORSI**<br><br>The Hon. James V. Selna |
|---|---|

TO THE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that Elizabeth A. Dorsi of Farella Braun + Martel LLP hereby notes her appearance in the above-entitled action as counsel for Defendants Monex Credit Company, Monex Deposit Company, Newport Services Corporation, Michael Carabini, and Louis Carabini.

//

//

//

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Notice of Appearance of Elizabeth A. Dorsi - Case No. 8:17-cv-01868-JVS-DFM

30203\6399702.1

Ms. Dorsi's contact information is as follows:

FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: edorsi@fbm.com

Dated: January 22, 2018              FARELLA BRAUN + MARTEL LLP


                                     By:    /s/ Elizabeth A. Dorsi
                                            Elizabeth A. Dorsi

                                     Attorneys for Defendants

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Notice of Appearance of Elizabeth A. Dorsi - Case No. 8:17-cv-01868-JVS-DFM

2

30203\6399702.1