UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-01868 JVS (DFMx) | Date | January 18, 2018 |
| Title | Commodity Futures Trading Commission v. Monex Credit Company, et al. | | |

Present: The Honorable      James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Carlin Metzger | Neil Gotnier |
| Michael Frisch | Elisabeth Dorsi |

**Proceedings:**      30(b)(6) Deposition of Robert Schwartz

Cause called and counsel make their appearances.  Mr. Schwartz is called, sworn and testifies.

The Court and counsel confer regarding additional depositions and procedures.

                                                                                              3    :    15

                                                     Initials of Preparer        kjt