(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No. 8:17-cv-01868-JVS-DFM |
| Plaintiff, | Hon. James V. Selna<br>Dept. 10C |
| v. | **STIPULATED ORDER TO FURTHER SET BRIEFING SCHEDULE AND RESET RULE 26(f) SCHEDULING CONFERENCE** |
| MONEX DEPOSIT COMPANY, MONEX CREDIT COMPANY, NEWPORT SERVICES CORPORATION, MICHAEL CARABINI and LOUIS CARABINI, | |
| Defendants. | |

## (SOUTHERN DIVISION)

## <u>ORDER</u>

Pursuant to the Joint Stipulation filed concurrently herewith, and good cause appearing, IT IS HEREBY ORDERED that:

1.      Defendants shall file their anticipated *Daubert* motion on February 5, 2018.

2.      The deadline for Defendants to file their Opposition to Plaintiff's Motion for Preliminary Injunction and the deadline for Plaintiff to

1

file its oppositions to Defendants' Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim and Defendants' *Daubert* motion is February 16, 2018.

3.     The deadline for Plaintiff to file its Reply in further support of its Motion for Preliminary Injunction and the deadline for Defendants to file their Replies in further Support of their Motion to Dismiss and *Daubert* motion is March 2, 2018.

4.     The hearing on Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss will be reset to a date after March 2, 2018.

5.     The February 22, 2018 Rule 26(f) scheduling conference is stricken and reset for March 19, 2018 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated:  February 05, 2018

_____

Hon. James V. Selna

United States District Judge