# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MONEX CREDIT COMPANY, MONEX DEPOSIT COMPANY, NEWPORT SERVICES CORPORATION, MICHAEL CARABINI, AND LOUIS CARABINI,<br><br>　　　　Defendant. | Case No. 8:17-cv-01868-JVS-DFM<br><br>**ORDER DISMISSING COUNT 3 OF THE COMPLAINT**<br><br>The Hon. James V. Selna<br>Dept. 10C |

## **ORDER**

On May 1, 2018 the Court granted Defendants' motion to dismiss and dismissed the complaint filed by Plaintiff Commodity Future Trading Commission. In the May 1, 2018 order the Court dismissed Counts 1, 2 and 4 of Plaintiff's Complaint with prejudice, but allowed Plaintiff to amend Count 3 of the Complaint within 30 days. On May 15, 2018, the Court, on its own motion, certified its order of dismissal for interlocutory appeal pursuant to 18 U.S.C. § 1292(b). Plaintiff subsequently filed a Notice stating that it would stand on the Complaint (Docket Entry 1) and would not amend Count 3, so that it can pursue an immediate appeal the entirety of the Court's order dismissing the Complaint. The Court therefore enters this order dismissing Count 3 of the complaint with prejudice, and directs the

| | |
|---|---|
| 1 | Clerk of Court to enter a judgment in favor of Defendants in a separate |
| 2 | document in accordance with this Order and the Court's May 1, 2018 order. |
| 3 | **IT IS SO ORDERED.** |
| 5 | Dated:   May 29, 2018 |

_____

Hon. James V. Selna

United States District Judge