JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (SOUTHERN DIVISION)

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MONEX CREDIT COMPANY, MONEX DEPOSIT COMPANY, NEWPORT SERVICES CORPORATION, MICHAEL CARABINI, AND LOUIS CARABINI, <br><br> Defendant. | Case No. 8:17-cv-01868-JVS-DFM <br><br> **JUDGMENT IN A CIVIL ACTION** <br><br> The Hon. James V. Selna <br> Dept. 10C |

## JUDGMENT IN A CIVIL ACTION

In an order dated May 1, 2018 (docket entry 191), the court dismissed counts 1, 2 and 4 of the complaint (docket entry 1) filed by Plaintiff Commodity Futures Trading Commission with prejudice. In an order dated May 29, 2018, the court dismissed count 3 of the complaint filed by Plaintiff with prejudice. The Court has ordered that Plaintiff's complaint be dismissed on the merits, and that Plaintiff recover nothing.

This action was decided by Judge James Selna on Defendants' Motion to Dismiss (Docket Entry 40).

Dated:    May 29, 2018

_____
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400