NEIL A. GOTEINER (State Bar No. 083524)
ngoteiner@fbm.com
C. BRANDON WISOFF (State Bar No. 121930)
bwisoff@fbm.com
ELIZABETH A. DORSI (State Bar No. 282285)
edorsi@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (SOUTHERN DIVISION)

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEX CREDIT COMPANY, MONEX DEPOSIT COMPANY, NEWPORT SERVICES CORPORATION, MICHAEL CARABINI, AND LOUIS CARABINI,<br><br>Defendant. | Case No. 8:17-cv-01868-JVS-DFM<br><br>**SURREPLY DECLARATION OF LOUIS CARABINI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: December 21, 2020<br>Time: 1:30 p.m.<br>Dept.: 10C<br><br>The Hon. James V. Selna |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Surreply Decl. of Louis Carabini ISO Defs.' Opp'n to Renewed Prelim. Inj. Mot. - Case No. 8:17-cv-01868-JVS-DFM

# SURREPLY DECLARATION OF LOUIS CARABINI

I, Louis Carabini, declare as follows:

1. I am the founder of Monex Deposit Company ("MDC"), Monex Credit Company ("MCC"), and Newport Service Corporation ("NSC"), collectively called Monex, which was founded in 1987. I am presently the President of Comco Management Corporation, the General Partner of MDC. I submit this declaration in support of Defendants' Surreply in Opposition to Plaintiff's Renewed Motion for Preliminary Injunction. I have personal knowledge of the matters set forth below and if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

2. I have reviewed the Supplemental Declaration of CFTC Senior Futures Trading Investigator Jeffrey Gomberg dated November 30, 2020 and submitted in support of Plaintiff CFTC's Reply Memorandum in Support of Renewed Motion for Preliminary Injunction. Among other things, in his supplemental declaration Mr. Gomberg "provide[s] updated statistics for Monex's Atlas platform, including the time period April 2017 through June 2020." Mr. Gomberg then attaches "a collection of summary tables based on the voluminous data in the Monex database." I have reviewed these tables and Mr. Gomberg's corresponding description of how he filtered and sorted Monex Atlas data to report in each table. Based on his descriptions, I am unable to determine precisely how Mr. Gomberg conducted this filtering and sorting of Monex Atlas data for his calculations, including Trading Profit/Loss, Trading Profit/Loss (Corrected), Trading Profit/Loss (Corrected, Realized & Unrealized), or Revenue. I am therefore unable, without resort to discovery from Mr. Gomberg, to analyze and comment on his calculations.

3. Mr. Gomberg's discussion of forced liquidations at Monex and the CFTC's suggestion that they are common is misleading and inaccurate. Mr. Gomberg states that there were "over 900 recent forced liquidations of Monex Atlas customers' metals positions on March 16, 2020." (Suppl. Gomberg Decl. ¶ 1.)

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Surreply Decl. of Louis Carabini ISO Defs.' Opp'n to Renewed Prelim. Inj. Mot. - Case No. 8:17-cv-01868-JVS-DFM

2

Later in his declaration, he purports to present a "summary" of "one recent day of forced liquidations." His summary identifies "911 forced liquidations across 408 customer accounts." (*Id.* ¶ 31.) Based on these figures, the CFTC criticizes my conclusion that Monex does not frequently force liquidate accounts without notice to the borrower and emphasizes the number of forced liquidations on March 16, 2020 (a day of historic metals market declines in response to COVID-19). *See* Suppl. Carabini Decl. ¶ 35 [Dkt. 246-1].

4. In my November 23, 2020 supplemental declaration, I calculated the number of times Monex accounts were subject to forced liquidations in the eleven-year period from 2009 – 2019. In response to Mr. Gomberg's supplemental declaration, I have revised these figures to include forced liquidations through November 30, 2020.

5. From January 1, 2020 through November 30, 2020, there were 440 customer accounts subject to forced liquidations. All were the result of a major decline in precious metals prices on March 16, 2020 at the beginning of the COVID-19 pandemic. Other than the forced liquidations that Monex carried out on March 16, 2020, no other customer accounts were subject to forced liquidation over the remainder of the year.

6. Following the March 16, 2020 liquidations, 78 of the 440 customers exercised their right to reestablish their account positions under Monex's Reestablishment Policy. For a complete description of Monex's Reestablishment Program, see my November 23, 2020 Supplemental Declaration at paragraphs 31 – 32.

7. I have evaluated the number of times Monex accounts were subject to forced liquidates during the twelve-year period from 2009 – 2020. **Table A: Atlas Account Force Liquidations 2009-2020** is a summary of all force liquidations throughout this period. This summary shows the number of accounts that were force liquidated each year and the percentage of all liquidations from the 12-year

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Surreply Decl. of Louis Carabini ISO Defs.' Opp'n to Renewed Prelim. Inj. Mot. - Case No. 8:17-cv-01868-JVS-DFM

3

period that occurred each year. For the three years with the highest number of force liquidations, Table A further identifies the month and day on which the greatest number of force liquidations occurred and the percentage of total liquidations from the 12-month period represented by that month and day.

8. Between 2009 and 2020 (a period spanning over a decade), there were 2003 accounts subject to forced liquidations due to equity values falling below 7%. Over the course of this 143-month period, 87% of the forced liquidations occurred during three calendar months: September 2011 (13%), April 2013 (52%), and March 2020 (22%). Three days—September 23, 2011, April 15, 2013, and March 16, 2020—account for 73% of all forced liquidations. Almost half (46%) of all forced liquidations during this 12-year period occurred on a single day (April 15, 2013) when silver prices suffered a historic decline. If September 2011, April 2013, and March 2020 are removed from the analysis, the balance of the forced liquidations during the 12-year period averaged less than two per month. There were no force liquidations in 2018 and only 1 forced liquidation in 2012 and 2017. The numbers show that forced liquidations are not common; they are relatively rare, occurring primarily—as one would expect—during dramatic market volatility events.

9. Mr. Gomberg reports a different number of forced liquidations than I analyzed: 2383 from July 16, 2011 through June 30, 2020. I do not know how Mr. Gomberg determined which Atlas accounts had forced liquidations or why his figures differ from my analysis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 8. 2020

_____
Louis Carabini

30203\13818809.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Surreply Decl. of Louis Carabini ISO Defs.' Opp'n to Renewed Prelim. Inj. Mot. - Case No. 8:17-cv-01868-JVS-DFM

4

## **Did D**

## **TABLE A**

## **ATLAS ACCOUNTS FORCE LIQUIDATIONS 2009-2020**

| # Months | Year | # Accounts | % Total Accounts | Month | # Accounts | % Total Accounts | Day | # Accounts | % Total Accounts |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 2009 | 30 | 1.5% | | | | | | |
| 12 | 2010 | 107 | 5.3% | | | | | | |
| 12 | 2011 | 303 | 15.1% | SEPT | 264 | 13% | 9/23/2011 | 98 | 5% |
| 12 | 2012 | 1 | 0.0% | | | | | | |
| 12 | 2013 | 1055 | 52.7% | APRIL | 1043 | 52% | 4/15/2013 | 929 | 46% |
| 12 | 2014 | 34 | 1.7% | | | | | | |
| 12 | 2015 | 5 | 0.2% | | | | | | |
| 12 | 2016 | 20 | 1.0% | | | | | | |
| 12 | 2017 | 1 | 0.0% | | | | | | |
| 12 | 2018 | 0 | 0.0% | | | | | | |
| 12 | 2019 | 7 | 0.3% | | | | | | |
| 11 | 2020 | 440 | 22.0% | MARCH | 440 | 22% | 3/16/2020 | 440 | 22% |
| 143 | Total | 2003 | 100.0% | | 1747 | 87% | | 1467 | 73% |

30203\13819034.1