UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 5 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | No.    21-55002 |
| Plaintiff-Appellee, | D.C. No. 8:17-cv-01868-JVS-DFM Central District of California, Santa Ana |
| v. | |
| MONEX CREDIT COMPANY; et al., | ORDER |
| Defendants-Appellants. | |

The appeal filed January 4, 2021 is a preliminary injunction appeal.

Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date

of this order, the parties shall make arrangements to obtain from the court reporter

an official transcript of proceedings in the district court that will be included in the

record on appeal.

The briefing schedule shall proceed as follows: the opening brief and

excerpts of record are due not later than February 1, 2021;  the answering brief is

due March 1, 2021 or 28 days after service of the opening brief, whichever is

earlier; and the optional reply brief is due within 21 days after service of the

answering brief.  *See* 9th Cir. R. 3-3(b).

tsp/MOATT

No streamlined extensions of time will be approved.  *See* 9th Cir. R. 31-2.2(a)(3).  Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7

tsp/MOATT

2