NEIL A. GOTEINER (State Bar No. 083524)
ngoteiner@fbm.com
C. BRANDON WISOFF (State Bar No. 121930)
bwisoff@fbm.com
ELIZABETH A. DORSI (State Bar No. 282285)
edorsi@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEX CREDIT COMPANY, MONEX DEPOSIT COMPANY, NEWPORT SERVICES CORPORATION, MICHAEL CARABINI, AND LOUIS CARABINI,<br><br>Defendants. | Case No. 8:17-cv-01868-JVS-DFM<br><br>**NOTICE OF APPEARANCE**<br><br>The Hon. James V. Selna |

TO THE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that Jeffrey M. Fisher of Farella Braun + Martel LLP hereby notes his appearance in the above-entitled action as counsel for Defendants Monex Credit Company, Monex Deposit Company, Newport Services Corporation, Michael Carabini, and Louis Carabini.

/ / /

/ / /

/ / /

1  Jeffrey M. Fisher's contact information is as follows:

2  FARELLA BRAUN + MARTEL LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480
   E-mail:  jfisher@fbm.com
5

6
7  Dated:  July 13, 2021                FARELLA BRAUN + MARTEL LLP

8
                                         By:    /s/ Jeffrey M. Fisher
9                                                Jeffrey M. Fisher

10                                       Attorneys for Defendants

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF APPEARANCE OF JEFFREY M. FISHER / Case No. 8:17-cv-01868-JVS-DFM

2

30203\14221097.1