UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEX DEPOSIT COMPANY, et al.<br><br>Defendants. | Case No: 8:17-cv-01868-JVS-DFM<br><br>Hon. James V. Selna<br>Dept. 10C<br><br>**ORDER PURSUANT TO JOINT STIPULATION ALLOWING PARTIES TO CONDUCT CONFERENCE PURSUANT TO L.R. 16-2 REMOTELY** |

Pursuant to the parties' Joint Stipulation Allowing Parties to Conduct Conference Pursuant to L.R. 16-2 Remotely, the Court hereby suspends the in-person requirement of L.R. 16-2 and authorizes the conference to be conducted remotely by video conference.

All deadlines and other obligations remain the same.

Dated:    May 9, 2022

_____
The Hon. James V. Selna