Carlin Metzger *(pro hac vice)*
cmetzger@cftc.gov
Joseph Konizeski *(pro hac vice)*
jkonizeski@cftc.gov
Ansley Schrimpf *(pro hac vice)*
aschrimpf@cftc.gov
Attorneys for Plaintiff
Commodity Futures Trading Commission
77 W. Jackson Blvd., Suite 800
Chicago, Illinois 60604
Tel. 312-596-0700; Fax 312-596-0714

Ross M. Cuff, Cal. Bar No. 275093
Assistant United States Attorney
United States Attorney's Office
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, CA 90012
Ross.Cuff@usdoj.gov
Tel.: 213-894-7388; Fax: 213-894-7819
Local Counsel

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEX DEPOSIT COMPANY, et al.<br><br>Defendants. | Case No: 8:17-cv-01868-JVS-DFM<br><br>Hon. James V. Selna<br>Dept. 10C<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE TRIAL DATE AND DEADLINES** |

Following a settlement conference and follow-on discussions with Magistrate Judge Douglas McCormick, the parties file this Joint Notice of Settlement and Stipulation to Vacate Trial Date and Deadlines. Plaintiff anticipates it will take up to 60 days to receive formal approval from the Commodity Futures Trading Commission of a proposed consent order judgment for submission to the Court. After receiving the Commission's formal approval, the parties intend to file a joint stipulation for entry of the consent order judgment that will fully resolve this case.

The parties also stipulate that all deadlines may be vacated and this matter removed from the Court's trial calendar.

Dated: November 3, 2022   FARELLA BRAUN + MARTEL LLP

*/s/ Jeffrey M. Fisher*
Jeffrey M. Fisher

Attorneys for Defendants
MONEX DEPOSIT COMPANY, MONEX CREDIT COMPANY, NEWPORT SERVICE CORPORATION, LOUIS CARABINI, AND MICHAEL CARABINI

Dated: November 3, 2022   COMMODITY FUTURES TRADING COMMISSION

*/s/ Carlin Metzger*
Carlin Metzger (*pro hac vice*)

Attorney for Plaintiff
77 W. Jackson Blvd., Suite 800
Chicago, Illinois 60604
Phone: (312) 596-0536
Email: cmetzger@cftc.gov